UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE L. CRUZ, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-01003 |
| ) | |
| v. ) | Honorable LaShonda A. Hunt |
| ) | Magistrate Judge Beth W. Jantz |
| CLIMATEGUARD WINDOWS & ) | |
| DOORS, ) | |
| ) | |
| Defendant. ) | |

**INITIAL STATUS REPORT FOR NEW CASE**

This case has been assigned to the calendar of Judge LaShonda A. Hunt. The parties are directed to meet pursuant to Federal Rule of Civil Procedure 26(f) and conduct a planning conference. At least 7 days prior to the initial status in this case, please file a joint Initial Status Report for New Case, containing the following information:

I. The Nature of the Case:

A. Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney.

**For Plaintiff:**
**Frank Avila**
**Avila Law Group**
**7132 N. Harlem**
**Suite 107**
**Chicago, Illinois 60631**
**frankavilalaw@gmail.com**

**For Defendant:**
**David B. Ritter (Lead Trial Attorney)**
**BARNES & THORNBURG LLP**
**One North Wacker Drive, Suite 4400**
**Chicago, IL 60606**
**Tel: (312) 214-4582**
**Fax: (312) 759-5646**
**david.ritter@btlaw.com**

> **Douglas M. Oldham**
> **BARNES & THORNBURG LLP**
> **41 South High Street, Suite 3300**
> **Columbus, OH 43215**
> **Tel: (614) 628-1422**
> **Fax: (614) 628-1433**
> **douglas.oldham@btlaw.com**

    B.    Briefly describe the nature of the claims asserted in the complaint and any counterclaims and/or third-party claims.

> **Plaintiff claims race and national origin discrimination in violation of Title VII and Section 1981 of the Civil Rights Act of 1866, hostile work environment, and intentional infliction of emotional distress or IIED. There currently are no counterclaims or third-party claims.**

    C.    Briefly identify the major legal and factual issues in the case.

> **The parties dispute whether Plaintiff or any other applicant or employee was treated less favorably due to race or national origin and whether Plaintiff was subjected to a hostile work environment. The parties further disagree regarding Plaintiff's entitlement to damages. Defendant has filed a partial motion to dismiss on the basis that Plaintiff's IIED claim is preempted by the Illinois Human Rights Act, which Plaintiff disputes.**

    D.    State the relief sought by any of the parties.

> **Plaintiff seeks economic and compensatory damages, injunctive relief, and attorney's fees and costs.**

II.    **Jurisdiction:** Explain why the Court has subject matter jurisdiction over the plaintiff(s)' claim(s).

    A.    Identify all federal statutes on which federal question jurisdiction is based.

> **Title VII and Section 1981**

    B.    If jurisdiction over any claims is based on diversity or supplemental jurisdiction: **N/A**

> **Douglas M. Oldham**
> **BARNES & THORNBURG LLP**
> **41 South High Street, Suite 3300**
> **Columbus, OH 43215**
> **Tel: (614) 628-1422**
> **Fax: (614) 628-1433**
> **douglas.oldham@btlaw.com**

B. Briefly describe the nature of the claims asserted in the complaint and any counterclaims and/or third-party claims.

> **Plaintiff claims race and national origin discrimination in violation of Title VII and Section 1981 of the Civil Rights Act of 1866, hostile work environment, and intentional infliction of emotional distress or IIED. There currently are no counterclaims or third-party claims.**

C. Briefly identify the major legal and factual issues in the case.

> **The parties dispute whether Plaintiff or any other applicant or employee was treated less favorably due to race or national origin and whether Plaintiff was subjected to a hostile work environment. The parties further disagree regarding Plaintiff's entitlement to damages. Defendant has filed a partial motion to dismiss on the basis that Plaintiff's IIED claim is preempted by the Illinois Human Rights Act, which Plaintiff disputes.**

D. State the relief sought by any of the parties.

> **Plaintiff seeks economic and compensatory damages, injunctive relief, and attorney's fees and costs.**

II. **Jurisdiction:** Explain why the Court has subject matter jurisdiction over the plaintiff(s)' claim(s).

A. Identify all federal statutes on which federal question jurisdiction is based.

> **Title VII and Section 1981**

B. If jurisdiction over any claims is based on diversity or supplemental jurisdiction: **N/A**

      1.      State whether/why the amount in controversy exceeds the jurisdictional threshold or whether there is a dispute regarding the amount in controversy (and, if so, the basis of that dispute).

      2.      Identify the state of citizenship of each named party. For unincorporated associations, LLCs, partnerships, and other business entities that are not corporations, the state(s) in which any individual members of the business unit are citizens must be identified.

**NOTE 1**: Individuals are citizens of the state where they are domiciled; that may or may not be the state where they currently reside. See Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012).

**NOTE 2**: A supplement to the statement of the basis for federal jurisdiction shall be filed within 14 days of any change in the information provided in the Initial Status Report.

III.    **Status of Service:** Identify any defendants that have not been served.

**None**

IV.    **Consent to Proceed Before a United States Magistrate Judge**: Confirm that counsel have advised the parties that they may proceed before a Magistrate Judge if they consent unanimously and advise whether there is, or is not, unanimous consent.

**The parties do not unanimously consent to proceed before the magistrate judge.**

V.    Motions:

    A.    Briefly describe any pending motions.

**Defendant has filed a partial motion to dismiss on the basis that Plaintiff's IIED claim is preempted by the Illinois Human Rights Act, which Plaintiff disputes.**

3

  B. State whether the defendant(s) anticipate responding to the complaint by filing an Answer or by means of motion.

  **Defendant filed a partial motion to dismiss and an Answer.**

VI. Case Plan:

  A. Submit a proposal for a discovery plan, including the following information[1]:

    1. The general type of discovery needed;

    **The parties anticipate conducting written discovery and depositions on the issues of liability and damages.**

    2. A date for Rule 26(a)(1) disclosures;

    **August 18, 2023**

    3. First date by which to issue written discovery;

    **August 3, 2023**

    4. A fact discovery completion date;

    **April 5, 2024**

    5. An expert discovery completion date, including dates for the delivery of expert reports; and

    **February 2, 2024**

    6. A date for the filing of dispositive motions.

    **May 17, 2024**

  B. With respect to trial, indicate the following:

    1. Whether a jury trial is requested; and

        **Yes**

    2.    The probable length of trial.

    **2-3 days**

VII.    Status of Settlement Discussions:

    A.    Indicate whether any settlement discussions have occurred;

        **No**

    B.    Describe the status of any settlement discussions; and whether the parties request a settlement conference.

    **The parties will evaluate their settlement discussions during the course of discovery. The parties do not request a settlement conference at this time, but are willing to negotiate and will request a settlement conference at a later date if they believe it would assist any settlement efforts.**

August 3, 2023 /s/ Frank Avila
_____

Frank Avila
Avila Law Group
7132 N. Harlem
Suite 107
Chicago, Illinois 60631
(773) 671-3480
frankavilalaw@gmail.com

*Attorney for Plaintiff*


August 3, 2023 /s/ Douglas M. Oldham
_____

David B. Ritter (Lead Trial Attorney)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 214-4582
Fax: (312) 759-5646
david.ritter@btlaw.com

Douglas M. Oldham
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH 43215
Tel: (614) 628-1422
Fax: (614) 628-1433
douglas.oldham@btlaw.com

*Attorneys for Defendant*